RANDY S. GROSSMAN
Acting United States Attorney
MEGHAN E. HEESCH
Assistant U.S. Attorney
Minnesota Bar No. 0395912
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: (619) 546-9442
Email: Meghan.Heesch@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA



FILED
JUN 0 7 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ETG DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH HAKAN AYIK (1), <br> DOMENICO CATANZARITI (2), <br> MAXIMILIAN RIVKIN (3), <br> ABDELHAKIM AHARCHAOU (4), <br> SEYYED HOSSEIN HOSSEINI (5), <br> ALEXANDER DMITRIENKO (6), <br> BARIS TUKEL (7), <br> ERKAN YUSEF DOGAN (8), <br> SHANE GEOFFREY MAY (9), <br> AURANGZEB AYUB (10), <br> JAMES THOMAS FLOOD (11), <br> SRDJAN TODOROVIC (12), <br>  aka DR.DJEK, <br> SHANE NGAKURU (13), <br> EDWIN HARMENDRA KUMAR (14), <br> OMAR MALIK (15), <br> MIWAND ZAKHIMI (16), <br>  aka MAIWAND ZAKHIMI, <br> OSEMAH ELHASSEN (17), <br><br> Defendants. | Case No.: 21-CR-1623-JLS <br><br> **UNITED STATES' MOTION TO UNSEAL INDICTMENT** <br><br> **[UNDER SEAL]** |

The UNITED STATES OF AMERICA, by and through its counsel, Acting United States Attorney, Randy S. Grossman, and Assistant U.S. Attorney, Meghan E. Heesch,

hereby moves to this Court for an order filed under seal to unseal the Indictment in 21-CR-1623-JLS as to all of the Defendants. The U.S. Attorney's Office will be publicly announcing the charges on Tuesday, June 8, 2021 and intends to publish a copy of the Indictment in conjunction with the press announcements. Because the current Indictment is under seal, the United States respectfully requests that this Motion and Order be filed under seal.

DATED: June 5, 2021

Respectfully submitted,

RANDY S. GROSSMAN
Acting United States Attorney

*/s/ Meghan E. Heesch*
MEGHAN E. HEESCH
Assistant U.S. Attorney