RANDY S. GROSSMAN
United States Attorney
SHAUNA R. PREWITT
Assistant U.S. Attorney
Illinois Bar No. 6300593
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7937
Email: shauna.prewitt@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21CR1623-JLS |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| JOSEPH HAKAN AYIK (1), DOMENICO CATANZARITI (2), MAXMILLIAN RIVKIN (3), ABDELHAKIM AHARCHAOU (4), SEYYED HOSSEIN HOSSEINI (5), ALEXANDER DMITRIENKO (6), BARIS TURKEL (7), ERKAN YUSEF DOGAN (8), SHANE GEOFFREY MAY (9), AURANGZEB AYUB (10), JAMES THOMAS FLOOD (11), SRDJAN TODOROVIC (12), SHANE NGAKURU (13), EDWIN HARMENDRA KUMAR (14), OMAR MALIK (15), MIWAND ZAKHIMI (16), OSEMAH ELHASSEN (17), | |
| Defendants. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should also be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

MEGHAN HEESCH.

JOSHUA MELLOR.

MIKAELA WEBER.

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

NONE.

DATED: July 25, 2022

        Respectfully submitted,

        RANDY S. GROSSMAN
        United States Attorney

        */s/ Shauna R. Prewitt*
        SHAUNA R. PREWITT
        Assistant United States Attorney