UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIWAND ZAKHIMI (16),<br>　aka Maiwand Zakhimi,<br><br>　　　　Defendant. | Case No. 21-CR-1623-JLS-16<br><br>**ACKNOWLEDGMENT OF PROTECTIVE ORDERS** |

　　Upon joint motions and a motion by the United States, the Court has entered Protective Orders covering discovery in this matter. Dkt. 36, 99, 114, 142, 150 (identical protective orders entered as to Defendants Ayub, Dmitrienko, Kumar, Elhassen, and Hosseini); Dkt. 156, 177 (acknowledgments as to Defendants Kumar and Elhassen); Dkt. 193 (protective order entered regarding third-country discovery). By signing below, attorney Kasha K. Castillo and Federal Defenders of San Diego, Inc., counsel for Defendant Miwand Zakhimi, aka Maiwand Zakhimi, acknowledges receipt of these Protective Orders, Dkt. 36, 99, 114, 142, 150, 193, and agrees to be bound by all of their terms.

DATED: January 4, 2024, ~~2023~~

/s/ Kasha Castillo
KASHA K. CASTILLO
Federal Defenders of San Diego, Inc.
Counsel for Defendant Miwand Zakhimi,
　aka Maiwand Zakhimi

RECEIVED: January 4, 2024, ~~2023~~

JOSHUA C. MELLOR
MIKAELA L. WEBER
PETER S. HORN
Assistant U.S. Attorneys